UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
HAMLET LOPEZ,                       )
    Petitioner,                     )
                                    )
    v.                              )   C.A. No. 13-451 S
                                    )
ASHBEL T. WALL, II,                 )
    Respondent.                     )
_____)

### ORDER

On June 17, 2013, Petitioner Hamlet Lopez, proceeding pro se, filed a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody. (ECF No. 1.) Subsequently, Petitioner filed a motion for appointment of counsel (ECF No. 3), which this Court referred to Magistrate Judge Patricia A. Sullivan. On August 6, 2013, Judge Sullivan issued a Memorandum and Order denying Petitioner's motion. (ECF No. 7.) Petitioner now seeks to appeal that decision to this Court. (ECF No. 8.)

This Court must reverse the magistrate judge's denial of Petitioner's motion for appointment of counsel only if it was "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); see also Fed. R. Civ. P. 72(a). Finding no clear error, this Court affirms Judge Sullivan's order.

IT IS SO ORDERED.

/s/ *William E. Smith*
William E. Smith
United States District Judge
Date: October 9, 2013